# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**FILED**
JAMES J. VILT, JR. - CLERK
APR 10 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

TERRY WAYNE UTLEY
_____

(Full name of the Plaintiff(s) in this action)

v.

KENTUCKY PAROLE BOARD
KY, DEPT OF CORR. PROBATION, PAROLE
_____
_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:23-CV-169-CHB
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

(✓) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: TERRY WAYNE UTLEY

Place of Confinement: F.C.I. FT. DIX.

Address: P.O. BOX 2000 JOINTBASE MDL, N.J. 08640

Status of Plaintiff: CONVICTED (✓)  PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: N/A

Place of Confinement: N/A

Address: _N/A_

Status of Plaintiff: CONVICTED (N/A) PRETRIAL DETAINEE (N/A)

(3) Name of Plaintiff: _N/A_

Place of Confinement: _N/A_

Address: _N/A_

Status of Plaintiff: CONVICTED (N/A) PRETRIAL DETAINEE (N/A)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _KENTUCKY PAROLE BOARD_ is employed as _Chair, Parole Board_ at _KY. DEPT. of CORR._

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(2) Defendant _PROBATION AND PAROLE_ is employed as _N/A_ at _KY. DEPT OF CORR._

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(3) Defendant _N/A_ is employed as _N/A_ at _N/A_

The Defendant is being sued in his/her (N/A) individual and/or (N/A) official capacity.

(4) Defendant _N/A_ is employed as _N/A_ at _N/A_

The Defendant is being sued in his/her (N/A) individual and/or (N/A) official capacity.

2

(5) Defendant ___N/A___ is employed as ___N/A___ at ___N/A___.

The Defendant is being sued in his/her (N/A) individual and/or (N/A) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES ( ) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): ___N/A___
___N/A___

Defendant(s): ___N/A___
___N/A___

Court (if federal court, name the district. If state court, name the county):
___N/A___

Docket number: ___N/A___

Name of judge to whom the case was assigned: ___N/A___

Type of case (for example, habeas corpus or civil rights action): ___N/A___

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
___N/A___

Approximate date of filing lawsuit: ___N/A___

Approximate date of disposition: ___N/A___

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Terry Wayne Utley (here-in-after) Mr. Utley contends his due process was violated also the Interstate Agreement on Detainers were violated.

Mr. Utley contends that on 2/23/22 a warrant was issued for a parole violation by the chair of the Parole Board.

On Feb/24/22 F.C.I. Greenville IL, sent a detainer action letter to the Ky. Dept of Correction and let them know that a detainer had been put on Mr. Utley along with his release date from that facility.

Mr. Utley contends that a letter was sent to the Ky. Dept. of Corr. Probation and Parole informing them of his wishes to desolve the detainer issue.

Mr. Utley further sent a letter to the Circuit Court on 9/26/22 requesting a resolve to this detainer issue

Mr. Utley went one (1) step further by sending

### III. STATEMENT OF CLAIM(S) continued

R+O here at F.C.I. Ft. Dix, an e-mail letting them know that a one(1) year time limitation was coming and that he wanted resolve this detainer issue.

Mr. Utley contends that as of 1/5/23 no responses to his requests were sent and therefore violating his due process and the I.A.D. rights.

Mr. Utley contends his wishes are to get this detainer issue squared-up.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__N/A__ award money damages in the amount of $ __N/A__

__✓__ grant injunctive relief by __dismissing the DETAINER with orders__

__N/A__ award punitive damages in the amount of $ __N/A__

__N/A__ other: __N/A__

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 4th day of __April__, 20__23__

__Terry attley__
(Signature of Plaintiff)

__N/A__
(Signature of additional Plaintiff)

__N/A__
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on __4-4-23__.

__Terry attley__
(Signature)

6

TERRY W. UTLEY #20192-033
F.C.I. FT. DIX
P.O. Box 2000
(Joint Base; MDL) N.J.
08640

"CLERK" U.S.D.C.
Room 126 Federal Buil[ding]