UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

TERRY WAYNE UTLEY                          )
                                           )
        Plaintiff,                         )        Civil Action No. 3:23-CV-P169-JHM
                                           )
v.                                         )
                                           )        **ORDER**
KENTUCKY PAROLE BOARD, *et al.*            )
                                           )
                                           )
        Defendants.                        )

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on a Motion to Clarify by Plaintiff Terry Wayne Utley. [DN 7]. On April 10, 2023, Plaintiff filed a complaint and a prisoner application to proceed without prepayment of fees and affidavit. [DN 1, DN 3, DN 4]. The Court reviewed Plaintiff's application to proceed without prepayment of fees and granted the motion ordering the collection of the statutory filing fee of $350.00 under installment plans from Plaintiff's inmate trust account at Fort Dix. [DN 5].

After a review of Plaintiff's Motion to Clarify, it has come to the Court's attention that the actual complaint in the present case was intended to correct deficiencies in Plaintiff's complaint filed in another action, Civil Action No. 4:23-CV-41-JHM. Plaintiff paid the filing fee in that action. For these reasons, **IT IS HEREBY ORDERED** as follows:

1.  The Plaintiff's Motion to Clarify [DN 7] is **GRANTED**.

2.  The Court's Order for Payment of Inmate Filing Fee [DN 5] is **VACATED**.

3.  The **Federal Correctional Institution Fort Dix** shall stop collecting from Plaintiff's inmate trust account the filing fee for this case.

2

4.  The Clerk of Court is **DIRECTED** to credit the $350.00 filing fee paid by Plaintiff to Civil Action No. 4:23-CV-41-JHM.  Any money paid in excess of the $350.00 filing fee shall be reimbursed to Plaintiff.

5.  The Clerk of Court is also **DIRECTED** to file everything in the present case in Civil Action No. 4:23-CV-41-JHM.

6.  The present case is **ADMINISTRATIVELY CLOSED**.  **All future pleadings shall be filed in Civil Action No. 4:23-CV-41-JHM.**

Joseph H. McKinley Jr., Senior Judge
United States District Court

July 31, 2023

cc:     Plaintiff, *pro se* (Inmate No. 20192-033)
        Financial Section, USDC, WDKY
        FCI Fort Dix, ATTN: Inmate Accounts, P.O. Box 2000, Joint Base MDL, NJ 08640
4414.014